# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 01-60342
Summary Calendar

FLORISTS INSURANCE SERVICE,
INC.; EVERGREEN, INC.,

Plaintiffs-Appellants,

versus

CATHY COLE, Etc.; ET AL,

Defendants,

GREAT RIVER INSURANCE CO.,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:00-CV-565-LN

September 17, 2001

Before POLITZ, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Florists Insurance Service, Inc., and Evergreen, Inc., appeal an adverse summary judgment dismissing with prejudice their demands against Great River Insurance Company. Review of the record, briefs, and guidance jurisprudence convinces us that no error was committed by the trial court. Accordingly, on the uncontested facts as noted, authorities cited, and analysis made by the district court in its careful, comprehensive, and persuasive Memorandum Opinion and Order dated March 15, 2001, and entered March 16, 2001, the judgment appealed is AFFIRMED.